RECEIVED

NOV - 5 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| **RODNEY G. HAMM** | **CIVIL ACTION NO. 08-1710** |
| **VERSUS** | **JUDGE DOHERTY** |
| **TRTB, LLC, ET AL** | **MAGISTRATE JUDGE HANNA** |

*JUDGMENT*

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Rule 12(b)(6) Motion to Dismiss and Alternative Motion for Summary Judgment by Island Operating Company, Inc. (Rec. Doc. 64) be **DENIED** and plaintiff's Motion to Move Case to Admiralty Side of Court Pursuant to Federal Rule of Civil Procedure 9(h) and have Case Designated as a Non-Jury Trial (Rec. Doc. 57) be **GRANTED**.

Lafayette, Louisiana, this 5 day of November, 2010.